UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jaqueline Fernandez,<br><br>                                Plaintiff,<br><br>            -against-<br><br>Laird Superfood, Inc.,<br><br>                                Defendant. | 25-CV-3763 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      On August 4, 2025 the Clerk of Court issued a certificate of default against defendant. Dkt. 10. The Court vacated that order after defendant appeared and requested jointly with plaintiff that it be vacated and that the deadline to file a response to the complaint be extended to September 9, 2025. Dkt. 16. To date, defendant has not filed that response and appears again to be in default.

      Plaintiff shall renew her motion for default judgment **within two weeks of the date of this Order**. If Plaintiff's counsel submits calculations in support of any motion for default judgment, Plaintiff's counsel shall also email native versions of the files with the calculations (i.e., versions of the files in their original format, such as in ".xlsx") to Chambers at SubramanianNYSDChambers@nysd.uscourts.gov. If or when a motion for default judgment is renewed, the Court will enter a further Order setting a deadline for any opposition and reply and scheduling a show cause hearing. If no motion for default judgment is filed by the deadline set forth above, the case may be dismissed for failure to prosecute without further notice to the parties. Plaintiff shall electronically serve a copy of this Order on Defendant within two business days from the date of this Order and shall file proof of such service within three business days of the date of this Order.

      SO ORDERED.

Dated: September 23, 2025
       New York, New York

                                              ARUN SUBRAMANIAN
                                              United States District Judge