UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
JACQUELINE FERNANDEZ, on behalf of herself and
all others similarly situated,

                                       Civil Action No:
                                       1:25-cv-3763

                            Plaintiff,

-v.-
LAIRD SUPERFOOD, INC.

                            Defendants.
----------------------------------------------------------------x

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and the Defendant that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: December 23, 2025

| **For Plaintiff Jacqueline Fernandez** | **For Defendant Laird Superfood, Inc.** |
|---|---|
| *[signature]* | *[signature]* |
| Rami Salim | David Stein |
| Stein Saks, PLLC | Stein & Nieporent LLP |
| One University Plaza | 1441 Broadway Suite 6090 |
| Hackensack, NJ 07601 | New York, NY 10018 |
| Ph: (201) 282-6500 | Ph: (212) 308 - 3444 |
| rsalim@steinsakslegal.com | Dstein@steinllp.com |

1